# United States District Court

<u>CENTRAL</u> DISTRICT OF <u>CALIFORNIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL COMPLAINT |
| EDWARD BOLDEN | |
| REG#: 59817-112 | CASE NUMBER: 14-1961M |

FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>September 24, 2014</u>, in <u>Los Angeles</u> County, in the Central District of California defendant <u>Edward Bolden</u> did escape from the custody of the United States Attorney General, in violation of Title <u>18</u> United States Code, Section <u>751</u>.

I further state that I am a <u>Deputy U.S. Marshal</u> and that this complaint is based on the following facts:

On or about September 24, 2014, the United States Marshals Service received information from Jeff Maston, Residential Reentry Manager, stating that BOLDEN had escaped from the Vinewood Residential Reentry Center ("RRC"), located at 5520 Harold Way, Los Angeles, CA 90078. BOLDEN is described as: a Black male, United States Citizen, born April 27, 1985, approximately 5 foot 8 inches tall, weighing approximately 150 pounds, with brown hair and brown eyes.

The Federal Bureau of Prisons and/or court records indicate that on April 11, 2011, BOLDEN was sentenced to a term of 70 months imprisonment and 5 years of supervised release for the distribution of crack cocaine in violation of Title 21, United States Code, Section 841, in the Central District of California, in the case captioned *United States v. Hervey, et al.*, CR No. 10-945-RGK. BOLDEN was transferred to the Vinewood RRC on July 14, 2014. On September 24, 2014 at 7:17 a.m., BOLDEN was found to be missing. After a thorough search of the RRC was conducted, BOLDEN was placed on escape status at 8:00 a.m. BOLDEN had previously tested positive for alcohol and was pending return to custody.

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

Sworn to before me and subscribed in my presence,

10/1/14
September __, 2014
Date

STEPHEN J. HILLMAN
Name & Title of Judicial Officer

Signature of Complaint
GREGORY ANDERSON
Deputy U.S. Marshal

at Los Angeles, California
City and State

Signature of Judicial Officer

CAC AUSA Scott D. Tenley x8911